ATLANTIC TERRA COTTA COMPANY, Respondent, v. ROSECAP REALTY CORPORATION and NATIONAL SURETY COMPANY, Appellants.— Judgment, in so far as appealed from, unanimously affirmed, with costs. The defendant Rosecap

Realty Corporation failed to establish by satisfactory evidence that the delay in the delivery of the terra cotta delayed completion of the building. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.